AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00271-CAS-BFM

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Richard Villasenor, an individual

was received by me on *(date)* 09/01/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

✔ I served the summons on *(name of individual)* Jane Doe (Receptionist) , who is designated by law to accept service of process on behalf of *(name of organization)* Richard Villasenor on *(date)* 09/01/2026 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ 0.00 for travel and $ 150.00 for services, for a total of $ 150.00 .

I declare under penalty of perjury that this information is true.

Date: 09/01/2026

Isaac Hernandez

*Server's signature*

Isaac Hernandez, Registered Process Server

*Printed name and title*

6454 Van Nuys Blvd. Ste 150,
Van Nuys, CA 91401

*Server's address*

Additional information regarding attempted service, etc: